**LOREN K. MESSERLY, ISB # 7434**
**GREENER BURKE SHOEMAKER OBERRECHT P.A.**
Counselors and Attorneys at Law
950 West Bannock Street, Suite 950
Boise, ID  83702
Telephone (208) 319-2600
Facsimile  (208) 319-2601
*Email:  lmesserly@greenerlaw.com*

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHARLES MCKAY<br><br>            Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC, AND NORTHLAND GROUP, INC.<br><br>            Defendants. | Case No.:  14-00130<br><br>Fourth Judicial District, Ada County<br>Case No. CV-OC-1404556 |

## NOTICE OF REMOVAL

Defendants Northland Group Inc. and LVNV Funding, LLC (collectively "Defendants"), by and through their attorneys, Greener Burke Shoemaker Oberrecht P.A. pursuant to 28 U.S.C. §§ 1331, 1441, Fed. R. Civ. P. 81(c) and Local Rule 81.1, hereby remove the action entitled *Charles McKay v. LVNV Funding, LLC, and Northland Group Inc.*, Docket No. CV OC 1404556, now pending in the District Court of the Fourth Judicial District of the State of Idaho in and for the County of Ada, Magistrate Division, to the United States District Court for the District of Idaho.  In support of this removal, Defendants state as follows:

1.	On or after March 14, 2014, Defendants were served with Plaintiff's Complaint, in an action entitled *Charles McKay v. LVNV Funding, LLC, and Northland Group Inc.*, Docket No. CV OC 1404556, now pending in the District Court of the Fourth Judicial District of the State of Idaho in and for the County of Ada, Magistrate Division.  A copy of the Complaint is attached hereto as **Exhibit A**.

2.	Plaintiff's Complaint purports to set forth a cause of action under 15 U.S.C. §§ 1692, *et seq.*

3.	This Court has original jurisdiction over Plaintiff's cause of action based on 15 U.S.C. §§ 1692, *et seq.*, as set forth in 28 U.S.C. § 1331, as Plaintiff has brought at least one claim under federal law.  Pursuant to 28 U.S.C. § 1441, therefore, the civil action pending in the District Court of the Fourth Judicial District, Ada County, Idaho is removable to this Court.

4.	Thirty (30) days have not yet expired since receipt of Plaintiff's Complaint.

5.	Pursuant to Local Rule 81.1, Defendants will file copies of all papers that have been filed in the State Court proceeding.

6.	Copies of all process, pleadings and orders served upon Defendants in this action are attached hereto as **Exhibit A**.

7.	A true and correct copy of the Court Repository for Case No. CV OC 1404556 is attached hereto as **Exhibit B.**

8.	Pursuant to 28 U.S.C. § 1446, a copy of this Notice of Removal is being filed with the District Court of the Fourth Judicial District, Magistrate Division, Ada County, Idaho, and served upon Plaintiff.

WHEREFORE, Defendants pray that the above-captioned action now pending in the District Court of the Fourth Judicial District, Magistrate Division, Ada County, Idaho, be removed therefrom and placed on the regular docket of the United States District Court for the District of Idaho.

Dated: April 2, 2014

        Respectfully submitted,

        LVNV FUNDING, LLC and
        NORTHLAND GROUP INC.

        By their attorneys,

        GREENER BURKE SHOEMAKER OBERRECHT P.A.
.

        */s/ Loren K. Messerly*
        Loren K. Messerly

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2014 I served the foregoing Notice of Removal to Plaintiff by regular U.S. First Class Mail, postage prepaid, to the following:

Ryan Ballard, Esq.
Ballard Law, PLLC
237 N. 2nd East, Suite 102
Rexburg, ID  83440

                                          */s/ Loren K. Messerly*
                                          Loren K. Messerly