NO._____
A.M._____ FILED P.M._____

MAR 07 2014

CHRISTOPHER D. RICH, Clerk
By STACEY LAFFERTY
DEPUTY

Ryan Ballard, ISBN 9017
Ballard Law, PLLC
237 N. 2nd East, Suite 102
Rexburg, ID 83440
(208) 359-5532
ryanballardlaw@gmail.com

Attorney for Plaintiff

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE
STATE OF IDAHO IN AND FOR THE COUNTY OF ADA, MAGISTRATE DIVISION

| | |
|---|---|
| CHARLES MCKAY, | Case No. CV- CV OC 1404556 |
| Plaintiff, | |
| v. | COMPLAINT |
| LVNV FUNDING, LLC, and NORTHLAND GROUP, Inc. | FEE CATEGORY: A FEE: $96 |
| Defendants. | |

COMES NOW the Plaintiff, Charles McKay, by and through his counsel of record, Ryan Ballard of Ballard Law, PLLC, and alleges his causes of action against Defendants as follows:

1. Plaintiff Charles McKay is an Idaho resident living in Ada County.

2. Mr. McKay is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

3. Defendant LVNV Funding is a Nevada limited liability company engaged in the business of collecting debts, using mails and telephone, in this state with its principal place of business located at 625 Pilot Road #3, Las Vegas, NV, 89119..

4. Defendant LVNV Funding is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

5. Defendant Northland Group is a Minnesota corporation engaged in the business of collecting debts, using mails and telephone, in this state with its principal place of business located at

Complaint - Page 1 of 3

EXHIBIT A, Page 1

7831 Glenroy Road, Ste 250, Edina, MN 55439.

6. Venue in this District is proper in that the Plaintiff lives here, Defendants transact business here, and the conduct complained of occurred here.

7. This is an action for damages brought by an individual consumer for Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA") and the Idaho Consumer Protection Act, Idaho Code § 48-601 *et seq.* (hereinafter, "ICPA"), which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

8. On or about April 1, 2013, Mr. McKay received a letter from Northland Group which indicated that it was collecting on an account allegedly belonging to him on behalf of LVNV Funding.

9. The letter indicated Mr. McKay could settle his past due account balance of $2,256.39 for $338.46.

10. The letter did not clearly identify the original creditor.

11. Mr. McKay, at that time, owed approximately $2,265 on a Dell computer account.

12. Believing this to be the account Northland Group was now collecting for on behalf of LVNV Funding, Mr. McKay tendered payment to Northland Group in the amount of $338.46 on April 16, 2013.

13. Approximately two months later, Mr. McKay was contacted by an entity collecting on the Dell computer account.

14. At that time he called Northland Group and discovered that the debt he had paid was for a Mervyn's account which did not belong to him.

15. Defendants asked for more than Plaintiff owed, in violation of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692e.

16. Defendants used false and deceptive methods to attempt to collect the debt, including falsely representing that a debt actually exists, in violation of the FDCPA, 15 U.S.C. § 1692e(10).

17. Defendants violated the ICPA, Idaho Code § 48-601 *et seq.* by using unfair and deceptive means in an attempt to collect an alleged debt.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief as follows:

1. Plaintiff awarded any and all amounts recoverable under the FDCPA, including up to $1,000 for statutory damages,

2. Statutory damages up to $1,000 pursuant to I.C. § 48-608(1),

3. Plaintiff be awarded his attorney's fees and costs of court of this action under I.C. §§ 12-120(1), 12-120(3), and 12-121, and I.R.C.P. 54, and 15 U.S.C. § 1692k(a), and such other and further relief as the Court deems just and proper.

DATED this 5 day of March, 2014.

Ryan A. Ballard
Ballard Law, PLLC

Complaint - Page 3 of 3

NO._____ FILED_____
A.M._____ P.M._____

MAR 07 2014

CHRISTOPHER D. RICH, Clerk
By STACEY LAFFERTY
DEPUTY

Ryan Ballard, ISBN 9017
Ballard Law, PLLC
237 N. 2nd East, Suite 102
Rexburg, ID 83440
(208) 359-5532
ryanballardlaw@gmail.com

PATRICIA G. YOUNG

Attorney for Plaintiff

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE
STATE OF IDAHO IN AND FOR THE COUNTY OF ADA, MAGISTRATE DIVISION

CHARLES MCKAY,

　　　　　　　　Plaintiff,

v.

LVNV FUNDING, LLC, and
NORTHLAND GROUP, Inc.

　　　　　　　　Defendants.

Case No. CV-_____

CV OC 1404556
SUMMONS

NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF. THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.

**TO: NORTHLAND GROUP, INC.**

YOU ARE HEREBY NOTIFIED that in order to defend this lawsuit, an appropriate written response must be filed with the above designated Court within 20 days after service of this Summons on you. If you fail to so respond, the Court may enter judgment against you as demanded by the Plaintiff in the Complaint.

A copy of the Complaint is served with this Summons. If you wish to seek the advice or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

Summons - Page 1

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1. The title and number of this case.

2. If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Petition and other defenses you may claim.

3. Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

4. Proof of mailing or delivery of a copy of your response to Plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named Court.

DATED this MAR 0 7 2014 day of March, 2014.

CLERK OF THE DISTRICT COURT

CHRISTOPHER D. RICH

By: STACEY LAFFERTY
Deputy

[SEAL]

Summons - Page 2

## Case Number Result Page

**Ada**

**1 Cases Found.**

**Charles Mckay vs. LVNV Funding LLC, etal.**

Case: **CV-OC-2014-04556**   **Magistrate**   Filed: **03/07/2014**   Subtype: **Other Claims**   Judge: **Patricia Young**   Status: **Pending**

Defendants: **LVNV Funding LLC   Northland Group Inc**

Plaintiffs: **Mckay, Charles**

Register Date of actions:

    03/07/2014 New Case Filed - Other Claims

    03/07/2014 Complaint Filed

    03/07/2014 (2)Summons Filed

*Connection: Public*

**EXHIBIT B**