**LOREN K. MESSERLY, ISB # 7434**
**GREENER BURKE SHOEMAKER OBERRECHT P.A.**
Counselors and Attorneys at Law
950 West Bannock Street, Suite 950
Boise, ID  83702
Telephone (208) 319-2600
Facsimile  (208) 319-2601
*Email:  lmesserly@greenerlaw.com*

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHARLES MCKAY<br><br>                    Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC, AND<br>NORTHLAND GROUP, INC.<br><br>                    Defendants. | Case No.:  1:14-cv-00130-REB<br><br><br>Fourth Judicial District, Ada County<br>Case No. CV-OC-1404556<br><br>**STIPULATION FOR DISMISSAL WITH**<br>**PREJUDICE** |

COMES NOW the Plaintiff Charles McKay, by and through his counsel of record, Ballard Law, PLLC, and Defendants LVNV Funding, LLC, and Northland Group, Inc., by and through their counsel of record Greener Burke Shoemaker Oberrecht, P.A., and hereby stipulate and agree that the above-entitled case may be dismissed in its entirety with prejudice. It is further agreed each party is to bear its own costs, expenses, and attorney's fees.

Dated this 2nd day of October, 2014.          BALLARD LAW, PLLC

                                              RYAN BALLARD
                                              ATTORNEYS FOR PLAINTIFF


Dated this 7th day of October, 2014.          GREENER BURKE SHOEMAKER OBERRECHT P.A.

                                              LOREN K. MESSERLY,
                                              ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2014 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Ryan Ballard, Esq.
Ballard Law, PLLC
ryanballardlaw@gmail.com
*(Counsel for Plaintiff)*

*/s/ Loren K. Messerly*
Loren K. Messerly