# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHARLES MCKAY<br><br>            Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC, AND NORTHLAND GROUP, INC.<br><br>            Defendants. | Case No.:  1:14-cv-00130-REB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court has considered the parties' Stipulation (Dkt. 19) to dismiss this case and, good cause appearing; IT IS HEREBY ORDERED that this action be DISMISSED, with prejudice, because the parties have fully settled the controversy between them.  All claims against all Defendants are dismissed, with each party to bear their respective costs and fees.

DATED:  October 9, 2014.

_____
Honorable Ronald E. Bush
U. S. Magistrate Judge